UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. MJ 10-209 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | DETENTION ORDER |
| KURT LIDTKE, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Offense charged:     Conspiracy to Transport Stolen Property

Date of Detention Hearing:     May 29, 2010

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

(1)     Defendant was arrested on the instant charges in the District of Montana. He was ordered transferred to this District to address the detention issue. Defendant was not interviewed

DETENTION ORDER                                                                                                                PAGE 1

by Pretrial Services in this District. He does not contest detention.

(2)     Defendant has a past criminal record that includes Theft in the First Degree from King County Superior Court.

(3)     Because he was not interviewed by Pretrial Services, some of his background information is not verified. He poses a risk of nonappearance due to previous failures to appear and an active misdemeanor warrant. He poses a risk of danger based on past criminal history and the nature of the instant offense.

(4)     There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

(1)     Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2)     Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3)     On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4)     The clerk shall direct copies of this Order to counsel for the United States, to

01    counsel for the defendant, to the United States Marshal, and to the United States

02    Pretrial Services Officer.

03  DATED this 19th day of May, 2010.

04

05                                    _____
                                      Mary Alice Theiler
06                                    United States Magistrate Judge

07

08

09

10

11

12

13

14

15

16

17

18

19

20

21

22

DETENTION ORDER                                                                    PAGE 3